**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2489**

---

WILLIAM D. LUCAS,

Plaintiff - Appellant,

versus

MARVIN RUNYON, Postmaster General of the
United States,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-96-1337-3-17BD)

---

Submitted:  February 10, 1998      Decided:  February 26, 1998

---

Before MOTZ, Circuit Judge, and HALL and PHILLIPS, Senior Circuit
Judges.

---

Affirmed by unpublished per curiam opinion.

---

William D. Lucas, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Further, we note that civil litigants have no right to counsel, so Appellant's assertion of poor representation by his counsel below does not provide a basis for appellate relief. Accordingly, we affirm on the reasoning of the district court. <u>Lucas v. Runyon</u>, No. CA-96-1337-3-17BD (D.S.C. Sept. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>